**FILED**

**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO MOVING PICTURE MACHINE OPERATORS' UNION LOCAL 110 OF THE I.A.T.S.E. and M.P.M.O. SEVERANCE TRUST, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. |
| CROWN THEATRES LLC, an Illinois limited liability company, | ) ) ) | |
| Defendant. | ) | |

**08 C 967**

**JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON**

## COMPLAINT

Plaintiffs, TRUSTEES OF THE CHICAGO MOVING PICTURE MACHINE OPERATORS' UNION LOCAL 110 OF THE I.A.T.S.E. and M.P.M.O. SEVERANCE TRUST ("Fund"), by their attorneys, Martin K. LaPointe and Kimberly A. Cloud of Burke, Warren, MacKay & Serritella, P.C., complain against Defendant, CROWN THEATRES LLC, an Illinois limited liability company, as follows:

### JURISDICTION AND VENUE

1.      This is an action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from a multiemployer pension plan.

2.      This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendment Acts of 1980, 29 U.S.C. §§ 1001-1461 ("ERISA").

3.      This Court has jurisdiction over this action under Sections 502(e), 502(f), and 4301(c) of ERISA, 29 U.S.C. §§ 1132(e), 1132(f) and 1451(c).

4.      Venue lies in this Court under Sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§ 1132(e)(2) and 1451(d), in that the Fund (defined below) is administered at its principal place of business in Chicago, Illinois.

## PARTIES

5.      Plaintiffs are the trustees of the CHICAGO MOVING PICTURE MACHINE OPERATORS' UNION LOCAL 110 OF THE I.A.T.S.E. and M.P.M.O. SEVERANCE TRUST (the "Fund"). The Fund is a multiemployer pension plan within the meaning of Section 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§ 1002(37) and 1301(a)(3).

6.      The present trustees of the Fund are the plan sponsor of the Fund within the meaning of Section 4001(a)(10(A) of ERISA, 29 U.S.C. § 1301(a)(10)(A) (the "Trustees"). The Trustees administer the Fund at 230 W. Monroe Street, Suite 2511, Chicago, Illinois.

7.      Pursuant to Section 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§ 1132(a)(3) and 1451(a)(1), the Trustees are authorized to bring this action on behalf of the Fund, its participants and beneficiaries for the purpose of collecting withdrawal liability.

8.      CROWN THEATRES LLC is an Illinois limited liability company with its principal place of business at Chicago, Illinois and is or was engaged in an industry affecting commerce.

9.      CROWN THEATRES LLC and any other trades and business under common control with them (the "Crown Theatres Control Group") constitutes a single employer within the meaning 29 U.S.C. § 1301(b)(1) and the regulations thereunder.

10.     The Crown Theatres Control Group is the "employer" for purposes of the determination of withdrawal liability under Title IV of ERISA.

11.     CROWN THEATRES LLC was subject to collective bargaining agreements, executed between itself and Motion Picture Projectionists, Operators 7 Video Technicians, Local 110, International Alliance of Theatrical Stage Employees and Moving Picture Technicians, Artists, and Allied Crafts of the United States and Canada, AFL-CIO, CLC under which CROWN THEATRES LLC was required to make contributions to the fund on behalf of certain of its employees.

## CLAIM FOR RELIEF

12.     The Fund has determined that during the plan year from September 1, 2006 to August 31, 2007, the Crown Theatres Control Group permanently ceased to have an obligation to contribute to the Fund thereby effecting a "complete withdrawal" as defined in Section 4203 of ERISA, 29 U.S.C. §1383.

13.     As a result of this complete withdrawal, all entities constituting the Crown Theatres Control Group, including CROWN THEATRES LLC, incurred withdrawal liability to the Fund in the amount of $221,211.49 as determined under Section 4201(b) of ERISA, 29 U.S.C. § 1381(b) (the "Withdrawal Liability").

14.     On or about September 6, 2007, CROWN THEATRES LLC received a notice and demand for payment of withdrawal liability issued by the Fund in accordance with Section 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§ 1382(2) and 1399(b)(1).   Copies of the September 6, 2007 notice and proof of service are attached hereto as Exhibit A.

15.     The notice notified CROWN THEATRES LLC that it was required to discharge its liability in sixteen (16) quarterly payments beginning November 1, 2007, of $15,094.00 with a final payment of $4,115.77.

16.     On or about December 10, 2007, the Crown Theatres Control Group, through CROWN THEATRES LLC and its counsel, received a notice from the Fund pursuant to 29 U.S.C. § 1399(c)(5)(A) that its withdrawal liability payments were past due.  Copies of the December 10, 2007 notice and proof of service are attached hereto as Exhibit B.

17.     Pursuant to 29 U.S.C. § 1399(c)(2), withdrawal liability payments must be made in accordance with the schedule set forth by the plan sponsor notwithstanding any request for review.  No such request for review has been made by the Crown Theatres Control Group, including Defendant, CROWN THEATRES LLC.

18.     To date, no member of the Crown Theatres Control Group, including Defendant, CROWN THEATRES LLC, has made any of the requested withdrawal liability payments to the Fund.  The Crown Theatres Control Group is in default within the meaning of 29 U.S.C. § 1399(c)(5).

19.     As a result of the default, the Trustees have accelerated the payment of the full amount of withdrawal liability and the Crown Theatres Control Group is now liable for the full amount of withdrawal liability assessed of $221,211.49, together with interest calculated from November 1, 2007 due date of the missed payment giving rise to the default.

20.     The members of the Crown Theatres Control Group, including Defendant, CROWN THEATRES LLC, are jointly and severally liable for the withdrawal liability.

21.     Pursuant to 29 U.S.C. § 1451(e), the Trustees are entitled to an award of all costs and expenses incurred in connection with the action, including reasonable attorneys' fees.

WHEREFORE, Plaintiffs, TRUSTEES OF THE CHICAGO MOVING PICTURE MACHINE OPERATORS' UNION LOCAL 110 OF THE I.A.T.S.E. and M.P.M.O. SEVERANCE TRUST, respectfully request the following relief from this Court:

A.     A judgment for the Plaintiffs and against the Defendant CROWN THEATRES LLC, together with all other members of the Crown Theatres Control Group, jointly and severally for the full amount of withdrawal liability assessed of $221,211.49 together with interest calculated from November 1, 2007 through the date of the judgment.

B.     Pursuant to 29 U.S.C. § 1451(e), an award of all costs and expenses incurred in connection with the action including reasonable attorneys' fees.

C.     Such further or different equitable relief as this Court deems just and proper to protect the assets of the Fund and assure prompt payment.

                              TRUSTEES OF THE CHICAGO MOVING
                              PICTURE MACHINE OPERATORS' UNION
                              LOCAL 110 OF THE I.A.T.S.E. and M.P.M.O.
                              SEVERANCE TRUST,


                              By:     _____s/ Kimberly A. Cloud_____
                                          One of Their Attorneys


Martin K. LaPointe (ARDC #6195827)
Kimberly Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, Illinois 60611
Tel: (312) 840-7000
Fax: (312) 840-7900

# EXHIBIT A

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

MICHAEL S. VIRGIL
DIRECT DIAL NUMBER
(312) 840-7015
mvirgil@burkelaw.com

**FILE COPY**

August 31, 2007

**VIA U.S. MAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**#7002 2030 0004 5540 5064 & #7002 2030 0004 5540 5056**

Crown Theatres LLC                        Mr. Hal Cleveland
David M. Rubin                            Crown Theatres LLC
Registered Agent                          222 N. LaSalle Street
222 N. LaSalle Street - 8th Floor         Suite 2000
Chicago, IL 60601                         Chicago, IL 60601

> **Re:    Notice and Demand for Payment of Withdrawal Liability**
> **Crown Theatres, LLC**

Gentlemen:

We are attorneys for the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust (the "Fund"). This is a demand for payment of withdrawal liability incurred as a result of a permanent cessation of contributions to the Fund by the above captioned business on behalf of some, or all, of its bargaining unit employees. This demand is made pursuant to Section 4219 of the Employee Retirement Income Security Act of 1974, as amended (29 U.S.C. 1399(b)), and applies equally to all members of any controlled group of trades or businesses, as defined in Section 414(c) of the Internal Revenue Code, of which the above captioned business is a member.

The total amount of such withdrawal liability is $221,211.49.

Please make your check payable to Motion Picture Operators Severance Trust and forward it to the address as follows:

Motion Picture Operators Severance Trust
Suite 2511
230 W. Monroe Street
Chicago, IL 60606

BURKE, WARREN, MacKay & SERRITELLA, P.C.

August 31, 2007
Page 2

        At your option, the withdrawal liability may be amortized and paid in quarterly installments according to the enclosed minimum required payment schedule, or such liability may be paid in a lump sum.  No penalty, interest or amortization charges will be applied if payment of the entire withdrawal liability is received by the Fund on or before November 1, 2007.  If you choose the quarterly installment option, interest will accrue on the outstanding balance at the rate indicated on the enclosed minimum required payment schedule.

        Subject to applicable regulations, if any payment of withdrawal liability is not made when due and such payment plus interest charges is not made within sixty (60) days after receiving written notice from the Fund of such delinquency, the Fund may require immediate payment of the remaining balance of the withdrawal liability plus interest, and such other charges as are permitted by law, accrued from the due date of the first payment which was not timely made.

        Enclosed herewith are documents as follows:

1.      A copy of the withdrawal liability calculation; and

2.      A copy of the minimum required payment schedule for the quarterly installment option.

                        Sincerely,

                        Michael S. Virgil

MSV:vkj
Enclosure
cc:      Trustees
         Mr. Ken Rapier

**Chicago Moving Picture Machine Operators' Union**
**Local No. 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust**

Withdrawal liability calculation                3/1/2007

| | |
|---|---|
| Total withdrawal liability | $  221,211 |
| Complete Date | 8/31/2006 |
| Partial Date if applic | #N/A |
| Complete Calc Year | 2,006.00 |

Crown Theaters Withdrawal Liability Calculation

| Year | Annual Contributions Crown Theaters Withdrawal Liability Calculation | All Employers ability Calculation | 5 Year Totals Calculation | 5 Year Totals All | Pools Pct | Unfunded Vested Liability Pools Original | Unamortized Pools | Share |
|---|---|---|---|---|---|---|---|---|
| 8/31/1980 | | | | | | | | |
| 8/31/1981 | | | | | | | | |
| 8/31/1982 | | | | | | | | |
| 8/31/1983 | | | | | | | | |
| 8/31/1984 | | | | | | | | |
| 8/31/1985 | | | | | | | | |
| 8/31/1986 | | | | | | | | |
| 8/31/1987 | | | | | | | | |
| 8/31/1988 | | | | | | | | |
| 8/31/1989 | | | | | | | | |
| 8/31/1990 | | | | | | | | |
| 8/31/1991 | | | | | | | | |
| 8/31/1992 | | | | | | | | |
| 8/31/1993 | | | | | | | | |
| 8/31/1994 | | | | | | | | |
| 8/31/1995 | | | | | | | | |
| 8/31/1996 | | | | | | | | |
| 8/31/1997 | | | | | | | | |
| 8/31/1998 | | | | | | | | |
| 8/31/1999 | | | | | | | | |
| 8/31/2000 | | $ 792,311.00 | - | 792,311.00 | 0.0000% | 1,114,061.00 | 779,842.70 | 13,170.32 |
| 8/31/2001 | 5,881.14 | $ 1,096,946.00 | 5,881.14 | 1,889,257.00 | 0.3113% | 5,640,997.05 | 4,230,747.79 | 29,397.49 |
| 8/31/2002 | 19,098.93 | $ 1,040,034.00 | 24,980.07 | 2,929,291.00 | 0.8528% | 4,308,965.90 | 3,447,172.72 | 21,575.97 |
| 8/31/2003 | 21,939.27 | $ 1,088,890.00 | 46,919.33 | 4,018,181.00 | 1.1677% | 2,173,803.20 | 1,847,732.72 | 21,575.97 |
| 8/31/2004 | 42,450.94 | $ 1,143,153.00 | 89,370.27 | 5,161,334.00 | 1.7315% | 3,656,056.36 | 3,290,450.72 | 56,974.15 |
| 8/31/2005 | 37,078.25 | $ 1,756,596.00 | 126,448.52 | 6,125,619.00 | 2.0643% | 2,232,957.18 | 2,121,309.32 | 43,790.19 |
| 8/31/2006 | 38,329.73 | $ 2,082,411.00 | 158,897.11 | 7,111,084.00 | 2.2345% | 2,519,730.03 | 2,519,730.03 | 56,303.37 |
| Total | | | | | | | 18,236,986.00 | 221,211.49 |

Prepared by Ted Windsor & Associates                8/23/2007

### Crown Theaters

Chicago Moving Picture Machine Operators' Union

Withdrawal Liability Amortization Schedule

Local No. 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust

Total withdrawal liability                              $     221,211.49

High three consecutive annual base units within last ten years preceeding year of withdrawal (9/1/1996 - 8/30/2006)

| Years | Base Units (hours) |
|---|---|
| 9/1/2002 - 8/31/2003 | 10,348.25 |
| 9/1/2003 - 8/31/2004 | 16,688.58 |
| 9/1/2004 - 8/31/2005 | 10,698.17 |
| Average | 12,578.33 |

Highest contribution rate within last ten years including year of withdrawal (9/1/1997 - 8/30/2007)

| Date | Rate |
|---|---|
| Jun, 2005 - Aug 2005 | $4.80  ($20.00 * 24%) |

| | |
|---|---|
| Total annual payment | $     60,376.00 |
| Quarterly payment | $     15,094.00 |
| Interest rate | 7.25% |
| Number of complete quarters of payment | 16.00 |
| Final payment amount | 4,115.77 |

\

| Payment Date (1) | Withdrawal Liability Balance (2) | Quarterly Payment (3) |
|---|---|---|
| 11/1/2007 | $     221,211.49 | $     15,094.00 |
| 2/1/2008 | 206,117.49 | 15,094.00 |
| 5/1/2008 | 191,023.49 | 15,094.00 |
| 8/1/2008 | 175,929.49 | 15,094.00 |
| 11/1/2008 | 172,496.07 | 15,094.00 |
| 2/1/2009 | 157,402.07 | 15,094.00 |
| 5/1/2009 | 142,308.07 | 15,094.00 |
| 8/1/2009 | 127,214.07 | 15,094.00 |
| 11/1/2009 | 120,248.77 | 15,094.00 |
| 2/1/2010 | 105,154.77 | 15,094.00 |
| 5/1/2010 | 90,060.77 | 15,094.00 |
| 8/1/2010 | 74,966.77 | 15,094.00 |
| 11/1/2010 | 64,213.55 | 15,094.00 |
| 2/1/2011 | 49,119.55 | 15,094.00 |
| 5/1/2011 | 34,025.55 | 15,094.00 |
| 8/1/2011 | 18,931.55 | 15,094.00 |
| 11/1/2011 | 4,115.77 | 4,115.77 |

Prepared by Ted Windsor & Associates                    8/23/2007

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ ☐ Agent ☐ Addressee B. Received by ( Printed Name ) C. Date of Delivery 9-4-07 |

1. Article Addressed to:

MR. HAL CLEVELAND
CROWN THEATRES LLC
222 N. LASALLE ST.
SUITE 2000
CHICAGO IL 60601

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
SEP 04 2007

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7002 2030 0004 5540 5056

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MR. MICHAEL S. VIKSE
BURKE WARREN MACKAY +
SERRITELLA, P.C.
330 N. WABASH AVE.
22nd FLOOR
CHICAGO IL 60611

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CROWN THEATRES LLC
DAVID M. RUBIN
REGISTERED AGENT
222 N. LASALLE ST.
8TH FLOOR
CHICAGO IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ SEP 06 2006    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
M. Gonzalez    9-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7002 2030 0004 5540 5063

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL S. VIRGIL
BURKE WARREN MACKAY &
SERRITELLA, P.C.
330 NORTH WABASH AVENUE
CHICAGO, IL 60611-3607

# EXHIBIT B

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

MICHAEL S. VIRGIL

DIRECT DIAL NUMBER
(312) 840-7015
mvirgil@burkelaw.com

**FILE COPY**

December 6, 2007

**VIA U.S. MAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**#7004 1160 0003 8554 5281 & 7004 1160 0003 8554 5298**

Crown Theatres LLC                     Mr. Hal Cleveland
David M. Rubin                          Crown Theatres LLC
Registered Agent                        222 N. LaSalle Street
222 N. LaSalle Street - 8th Floor       Suite 2000
Chicago, IL 60601                       Chicago, IL 60601

      **Re:**    **Notice of Default in Payment of Withdrawal Liability**
              **Crown Theatres, LLC**

Gentlemen:

     You were notified of the withdrawal liability of Crown Theatres, LLC to Chicago
Moving Picture Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust
(the "Fund") by letter dated August 31, 2007.  As stated in said letter, you had to either pay the
withdrawal liability in full or make a prescribed quarterly payment by November 1, 2007.  You
have failed to do either.

     You have sixty (60) days from this notice to either pay the withdrawal liability in full or
make the quarterly payment due November 1, 2007.  If the failure to make payment is not cured
within said 60-day period, Crown Theatres, LLC will be in default, and the Trustees will require
immediate payment of the remaining balance of the withdrawal liability plus interest.  In
addition, the Trustees will take the steps necessary to obtain a judgment for the withdrawal
liability, interest, damages and attorneys' fees as provided for by ERISA.

BURKE, WARREN, MACKAY & SERRITELLA, P.C.

December 6, 2007
Page 2


      Your check should be made payable to Motion Picture Operators Severance Trust and mailed to the following address:

Motion Picture Operators' Severance Trust
Suite 2511
230 West Monroe Street
Chicago, Illinois 60606


Sincerely,



Michael S. Virgil

MSV:vkj
Enclosure
cc:     Trustees
       Mr. Ken Rapier

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _C_ ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name*) Wyatt  C. Date of Delivery 13-10 |
| 1. Article Addressed to: <br><br> CROWN THEATRES LLC <br> DAVID M. RUBIN <br> REGISTERED AGENT <br> 222 N. LASALLE ST. <br> 8TH FL <br> CHICAGO FL 60601 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br><br> 3. Service Type <br> ☒ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7004 1160 0003 8554 5281 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

CHICAGO IL 606

21 DEC 2007 PM 6

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL S. VIRGIL
BURKE WARREN MACKAY
330 N. WABASH
22ND FL
CHICAGO IL 60611



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HAL CLEVELAND
CROWN THEATRES
222 N. LASALLE ST.
STE. 2000
CHICAGO IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
_____     12-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0003 8554 5298

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE     CHICAGO IL 606

21 DEC 2007 PM 8

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL S. VILLIC
BURKE WARREN MACKAY
330 N. WABASH AVE.
22ND FL
CHICAGO IL 60611