**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
08 C 967

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust, v. Crown Theatres LLC, an Illinois limited liability company. | JUDGE HOLDERMAN<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trustees of the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust,

| | |
|---|---|
| NAME (Type or print)<br>Martin K. LaPointe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Martin K. LaPointe | |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS<br>330 N. Wabash Ave., 22nd Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6195827 | TELEPHONE NUMBER<br>(312) 840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |