IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO MOVING PICTURE MACHINE OPERATORS' UNION LOCAL 110 OF THE I.A.T.S.E. and M.P.M.O. SEVERANCE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN THEATRES LLC, an Illinois limited liability company,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 967<br>Judge Holderman<br>Magistrate Judge Mason |

## NOTICE OF DISMISSAL

Plaintiffs, Trustees of the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust, hereby files this Notice of Dismissal pursuant to F.R.C.P. 41(a)(1)(i).

Submitted this 19th day of February, 2008.

Respectfully submitted,

Trustees of the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust,

By:_____s/ Kimberly A. Cloud_____
        One of Their Attorneys

Martin K. LaPointe
Kimberly A. Cloud
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900
461354