UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Trustees of the Chicago Moving Picture Machine
Operators' Union Local 110 of the L.A.T.S.E., et al.

                  Plaintiff,

v.

                  Case No.:
                  1:08−cv−00967
                  Honorable James F.
                  Holderman

Crown Theatres LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge James F. Holderman : On notice of the plaintiff, this case is voluntarily dismissed pursuant to F.R.C.P. 41(a)(1)(i). Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.